A. W. COOPER AND WIFE v. FOSBURG LUMBER COMPANY.

(Filed 10 September, 1913.)

For digest, see *Powell v. Fosburg Lumber Co.*, next case, p. 36.

APPEAL by defendant from order granted by *Lane, J.*, by consent, at Halifax, 13 June, 1913; from NASH.

*Finch & Vaughan and Jacob Battle for plaintiffs.*

*W. E. Daniel, Joseph P. Pippin, and E. L. Travis for defendant.*

CLARK, C. J. The facts in this case are substantially the same as in *Powell v. Fosburg Lumber Co.*, following, and this case is governed by the decision in that. The injunction must be set aside.

Reversed.